No. 449. VERNON. *v.* ALABAMA. April 7, 1941. The order denying certiorari, 311 U. S. 694, is vacated and the petition for writ of certiorari to the Supreme Court of Alabama is granted. The motion for leave to proceed *in forma pauperis* is granted. It is ordered that execution of the judgment and sentence of the Supreme Court of

Alabama in this case be, and the same hereby is, stayed pending the final determination of this cause by this Court.